No. 76–1017.  GRANT *v.* PARKE, DAVIS & Co.  C. A. 7th Cir.  Certiorari denied.

No. 76–1024.  BAUM *v.* ANDERSON.  C. A. 5th Cir.  Certiorari denied.

No. 76–1031.  PAPPAGEORGE *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 76–1041.  HARRIS *v.* ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 76–1045.  DWYER ET AL. *v.* CLIMATROL INDUSTRIES, INC., ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 76–1049.  BAKER ET UX. *v.* BRIGGS, ADMINISTRATOR; and BAKER ET UX. *v.* PIHL, JUDGE.  C. A. 9th Cir.  Certiorari denied.

No. 76–1050.  CAPLAN *v.* HOWARD ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 76–1051.  CRABBE ET AL. *v.* HORD.  Ct. Civ. App. Tex., 2d Sup. Jud. Dist.  Certiorari denied.

No. 76–1055.  TUCKER *v.* PEOPLES SAVINGS BANK, BRIDGEPORT.  Sup. Ct. Conn.  Certiorari denied.

No. 76–1059.  ELKINS *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 76–1063.  TUCKER *v.* HARTFORD NATIONAL BANK & TRUST Co.  Sup. Ct. Conn.  Certiorari denied.

No. 76–1108.  RILEY *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.